# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 12-22398 |
| LINDA JEAN MILAKOVICH, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: February 12, 2019 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF APPLICATION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on February 12, 2019 at 10:00 a.m., the undersigned shall appear before the Honorable Jack B. Schmetterer, or whomever may be sitting in her place and stead, in courtroom 682, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604 and will then and there present the **First and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, at which time you may appear if you deem fit.

Dated: January 24, 2019                     Respectfully submitted,

                                            */s/ Ira Bodenstein*
                                            Ira Bodenstein (# 3126857)
                                            FOX ROTHSCHILD LLP
                                            321 N. Clark Street, Ste. 800
                                            Chicago, IL 60654
                                            Tel: (312) 541-0151
                                            ibodenstein@foxrothschild.com
                                            *Counsel to the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **First and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, upon the attached Service List in the manner indicated on this 24th day of January, 2019

                                                                       /s/ Ira Bodenstein

## Electronic Mail Notice List – Case No. 12-22398

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    ibodenstein@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Deborah Kanner Ebner    dkebner@debnertrustee.com, dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Brian L Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov

**Via U.S. Regular Mail**

Linda Jean Milakovich
11007 Lyman Ave
Chicago Ridge, IL 60415

Quantum3 Group LLC as agent for
MOMA Funding LLC
P.O. Box 788
Kirkland, WA 98083-0788

TD Bank, USA
By American InfoSource LP as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Capital One Bank (USA), N.A. by
 American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Atlas Acquisitions LLC as assignee
HSBC Bank Nevada National Assoc.
294 Union Street
Hackensack, NJ  07601

PYOD, LLC its successors and assign
 as assignee of FNBM, LLC
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Larry Wynn
7202 South Shore Drive
Apt. 2A
Chicago, IL  60649

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 12-22398 |
| LINDA JEAN MILAKOVICH, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: February 12, 2019 |
| | ) | Hearing Time: 10:00 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Ira Bodenstein, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | September 12, 2017, effective as of August 1, 2017 |
| Period for Which Compensation is Sought: | August 1, 2017 through June 10, 2018 |
| Amount of Fees Sought: | $6,291.00[1] |
| Amount of Expense Reimbursement Sought: | $98.17 |
| This is a(n): ☐ Interim Application | ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Applicant: Shaw Fishman Glantz & Towbin LLC | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Date:   January 24, 2019 | By:   /s/ *Ira Bodenstein* |
| | One of its Members |

---

[1] During the relevant period, Shaw Fishman Glantz & Towbin LLC rendered legal services to the Trustee in the total amount of $5541.00, but has included the amount of $750.00 to prepare and file this fee application as well as any court appearances which may be necessary in support thereof.

ACTIVE\86327451.v1-1/24/19

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 12-22398 |
| LINDA JEAN MILAKOVICH, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: February 12, 2019 |
| | ) | Hearing Time: 10:00 a.m. |

### FIRST AND FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"), applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr.P. 2002(a)(6), 2016(a) and Local Bankruptcy Rule 5082-1 for: (a)(1) the total allowance and approval, on an interim and final basis, of $6,29100[1] in new compensation for 11.20 hours of professional services rendered by Shaw Fishman as bankruptcy counsel to Deborah K. Ebner, solely in her capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Linda Jean Milakovich[2] (the "Debtor"), for the period beginning August 1, 2017 through and including June 10, 2018 (the "Application Period"); and (ii) allow and approve, on an interim and final basis, the reimbursement of $98.17 for actual costs incurred incident to those services. In support of this application (the "Application"), Shaw Fishman states as follows:

---

[1] During the relevant period, Shaw Fishman through its predecessor firm Shaw Fishman Glantz & Towbin LLC rendered legal services to the Trustee in the total amount of $5541.00, but has included the amount of $750.00 to prepare and file this fee application as well as any court appearances which may be necessary in support thereof.

[2] Ms. Ebner is the successor trustee to Barry A. Chatz who resigned on December 7, 2018.

ACTIVE\86327451.v1-1/24/19

## JURISDICTION, BACKGROUND AND SIGNIFICANT EVENTS

1. This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

2. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On May 31, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. The prior trustee filed his initial No Asset Report on August 7, 2012 (Dkt. #11).

5. Subsequent to filing the No Asset Report, the prior trustee discovered the Debtor was a party-plaintiff in certain mesh litigation lawsuits which were assets of the Debtor's estate.

6. The case was then reopened on December 17, 2015 (Dkt. #17) and the prior trustee was reappointed (Dkt. #18).

7. After investigation, the prior trustee filed his second No Asset Report on February 15, 2016 (Dkt. #20).

8. After receiving further information about the mesh litigation, the case was once again reopened on June 13, 2017 (Dkt. #23) and the prior trustee was once again reappointed on June 16, 2017 (Dkt. #24).

ACTIVE\86327451.v1-1/24/19

9. On December 7, 2018, the prior trustee was appointed as successor trustee to Barry A. Chatz for the Debtor's estate.

10. On August 28, 2017, the prior trustee filed the Application of Trustee for Authority to Employ Counsel [Dkt. No. 27] (the "Shaw Fishman Retention Application") to retain Brian Shaw, Ira Bodenstein and the law firm of Shaw Fishman Glantz & Towbin LLC (collectively, "Shaw Fishman") as bankruptcy counsel in connection with the above-captioned bankruptcy case pursuant to 11 U.S.C. §§ 327 and 330 and Fed. R. Bankr. P. 2014.

11. On September 12, 2017, the Court entered an order [Dkt. No. 28] granting the Shaw Fishman Retention Application, authorizing the prior trustee to employ Shaw Fishman effective as of August 1, 2017.

### SERVICES RENDERED BY SHAW FISHMAN

12. During the Application Period, Shaw Fishman assisted the Trustee, with, among other things, the investigation of certain Mesh Litigation claims of the Debtor and the filing of two motions to approve settlement of those Mesh Litigation claims pursuant to Fed. R. Bankr. P. 9019.

13. The Shaw Fishman statement of services rendered and expenses incurred (the "Invoices") for the Application Period are attached hereto as "Exhibit A" and incorporated herein by reference. The Invoices provide detailed descriptions of all services rendered, as well as the timekeeper, date, and amount of time expended.

14. In the aggregate, Shaw Fishman attorneys and paralegals rendered 11.20 hours of legal services to the Trustee in connection with this Case during the Application Period. All of the services reflected on the attached Invoices pertain to this Case and were rendered at the request of the Trustee in the exercise of his duties under 11 U.S.C. § 1106. At the customary hourly rates charged by Shaw Fishman's attorneys and paralegals, the aggregate amount due Shaw Fishman

3

for the services rendered during the Application Period is $5,541.00, for an average hourly rate of approximately $494.73. The expenses for which reimbursement is requested are those customarily charged by Shaw Fishman to all of its clients. The aggregate expense reimbursement reflected on the attached Invoices sought by this Application is $98.17.

15.   The hourly rates charged by Shaw Fishman with respect to its legal services compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman's professionals. Further, the amount of time spent by Shaw Fishman is reasonable given the nature of the services rendered and the ultimate benefit to the Estate in that in excess of $49,000.00 was recovered as a result of the Shaw Fishman services.

16.   In an effort to provide the court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into two (2) separate categories of services, as follows:

| Description | Total Hours | Total Fees Incurred |
| --- | --- | --- |
| Mesh Litigation Settlement | 8.00 | $4,320.00 |
| Retention of Professionals | 3.20 | $1,221.00 |
| **TOTAL** | **11.2** | **$5,541.00** |

17.   The following is a separate description of each of Shaw Fishman's principal categories of activities, which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the following categories and the timekeeper, date and amount of time expended in each category. Summary charts for each

4

category setting forth each professional who rendered services, total time and value of services, and the total dollar value are also provided herein as follows:

### Mesh Litigation Settlements

18.    Shaw Fishman expended 8.0 hours of professional services having a value of $4,320.00 pertaining to the investigation and settlement of the Debtor's Mesh Litigation Claims.

19.    The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| Ira Bodenstein | 8.0 | $4,320.00 |

### Retention of Professionals

20.    Shaw Fishman expended 3.2 hours of professional services having a value of $1,221.00 pertaining to the Trustee's applications to retain counsel.

21.    The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| Ira Bodenstein | 1.4 | $735.00 |
| Christina M. Sanfelippo | 1.8 | $486.00 |

5

**SUMMARY OF SERVICES RENDERED BY PROFESSIONAL**

22. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Ira Bodenstein | Member | $525.00 | 4.6 | $2,415.00 |
| Ira Bodenstein | Member | $550.00 | 4.8 | $2,640.00 |
| Christina M. Sanfelippo | Associate | $270.00 | 1.8 | $ 486.00 |
| TOTAL | | | 11.20 | $5,541.00 |

23. In evaluating this Application, this Court should consider the following: (a) the value of the services rendered by Shaw Fishman on behalf of the Trustee; (b) the nature and complexity of the issues presented; (c) the skill required to perform the legal services properly; (d) the customary fees charged by other professionals in this case and in similar cases; the experience and ability of the professionals involved; and (f) the amount of compensation awarded in similar cases. When viewed either individually or collectively, these factors support an award of the requested compensation in full.

24. Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear on behalf of the Trustee. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

25. Given the criteria set forth in 11 U.S.C. § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based

on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full and on a final basis.

## **EXPENSES**

26.     The aggregate amount of expenses for which reimbursement is being sought is $98.17. All of the expenses for which reimbursement is requested are expenses which Shaw Fishman customarily recoups from its clients. An itemization of the expenses is attached hereto as part of Exhibit A. The types of costs for which reimbursement is sought are listed below:

| Internal Photocopy | 10¢ per page |
|---|---|
| Overnight Delivery (*e.g*., Federal Express) | actual cost |
| Filing Fees | actual cost |
| Miscellaneous | actual cost |
| On Line Legal or Factual Research (Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Process Server | actual cost |
| Westlaw | actual or prorated percentage cost |
| Local Telephone | Actual cost |
| Outgoing/Income Facsmiles | No cost |
| Local and Long Distance Travel | Actual cost |
| Recording Fees | Actual costs |
| Deposition Costs | Actual costs |

27.     The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Postage | $ 81.28 |
|---|---|
| Pacer | $ 6.50 |
| Conference Call | $ 10.39 |

28. All of the expenses for which reimbursement is requested are actual and necessary expenses, which Shaw Fishman incurred in the course of providing services to the Trustee. All expenses were billed in the same manner as Shaw Fishman bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## COMPLIANCE WITH 11 U.S.C. § 504

29. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation payable to Shaw Fishman.

## NOTICE

30. Notice of this Application has been provided in accordance with Federal Rule of Bankruptcy Procedure 2002(a)(6) to (i) the Office of the United States Trustee; (ii) counsel for the Debtor; (iii) all creditors requesting notice in this case; and (iv) all creditors who filed proofs of claim. Shaw Fishman requests that the Court finds this notice sufficient under the circumstances.

## CONCLUSION

WHEREFORE, Shaw Fishman Glantz & Towbin LLC respectfully requests the entry of an order, substantially in the form attached hereto, that:

a) Approves and allows Shaw Fishman's compensation in the amount of $6,291.00, on a final basis, for services provided during the Application Period beginning August 1, 2017 through and including June 10, 2018;

b) Approves and allows Shaw Fishman $98.17 in expense reimbursement, on a final basis, for expenses incurred during the Application Period beginning August 1, 2017 through and including June 10, 2018;

c) Authorizes the Trustee to pay Shaw Fishman $6,291.00 in allowed fees;

d) Authorizes the Trustee to pay Shaw Fishman $98.17 in allowed expenses; and

e) Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

                                        Respectfully submitted,

                                        SHAW FISHMAN GLANTZ & TOWBIN LLC

Dated: January 24, 2019                By:   */s/ Ira Bodenstein*
                                        Ira Bodenstein
                                        321 North Clark Street, Suite 800
                                        Chicago, IL 60654
                                        Tel: (312) 541-0151
                                        Fax: (312) 980-3888

                                        *Counsel for the Trustee*