UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-22398 |
| LINDA JEAN MILAKOVICH, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO TRUSTEE

This matter coming to be heard on the First and Final Application of Shaw Fishman Glantz Towbin LLC for Allowance and Payment of Fees and Reimbursement of Expenses as Counsel to Trustee (the "Application," and all undefined terms having the meanings set forth in the Application);
IT IS HEREBY ORDERED:

1. The Application is granted.

2. Pursuant to 11 U.S.C. § 330, Shaw Fishman is hereby approved and allowed $6,291.00 (the "Fee Award") in compensation and $98.17 in expense reimbursement (the "Expense Award," and with the Fee Award, the "Fee and Expense Award") for the Application Period on a final basis.

3. The Trustee is authorized to pay Shaw Fishman the allowed Fee and Expense Award.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 19, 2019

**Prepared by:**

Ira Bodenstein (IL ARDC 3126857)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888